IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Sara E. Allred,

Plaintiff,

vs.                                             Civil No: 1:12-cv-00213-MCA-WDS

Wells Fargo Bank, N.A.,

Defendant.

## ORDER FOR EXPEDITED BRIEFING SCHEDULE

This matter is before the Court on Defendant's Unopposed Motion to Vacate Settlement Conference. (Doc. No. 45) Defendant indicates that the motion is unopposed, but it is more accurate to say that plaintiff's counsel simply has not responded to defense counsel's good faith effort to determine whether the motion was opposed or not. In light of the fact that the motion relates to a January 7, 2013 settlement conference which would involve significant travel obligations for the Defendant's representatives, the Court hereby orders the Plaintiff to file a responsive pleading by 2:30 p.m. on December 28, 2012. If no responsive pleading is filed by that time, the Court will deem the motion unopposed and it will be granted.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge