IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Sara E. Allred,

**Plaintiff,**

vs.                                        Civil No: 1:12-cv-00213-MCA-WDS

Wells Fargo Bank, N.A.,

**Defendant.**

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
### TO VACATE SETTLEMENT CONFERENCE

This matter is before the Court on Defendant's Unopposed Motion to Vacate Settlement Conference. (Doc. No. 45)  The motion is deemed unopposed and is well taken.  Accordingly, the January 7, 2013 settlement conference is hereby vacated.  The parties should notify the Court to request a new settlement conference be scheduled.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge