IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SARA E. ALLRED,

    Plaintiff,

v.                                         No. 12cv213 MCA/WDS

WELLS FARGO BANK, N.A.,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

    This matter comes before the Court *sua sponte*.  A telephonic status conference will be held on **FRIDAY, FEBRUARY 8, 2013, AT 9:40 A.M.**  Only counsel are required to appear, and they should do so by calling 505-348-2370.  The subject of the conference is the status of discovery in this matter.

    **IT IS SO ORDERED**.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE