IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SARA E. ALLRED,

    Plaintiff,

v.                                        No. 12cv213 MCA/WDS

WELLS FARGO BANK, N.A.,

    Defendant.

## ORDER RESETTING CERTAIN PRETRIAL DEADLINES

This matter is before the Court on Defendant's Motion to Extend Discovery Deadlines (Doc. No. 49). Plaintiff's counsel did not oppose the motion, participate in a telephonic status conference scheduled for February 8, 2013, or notify the Court that he was unable to participate in the telephonic status conference. The Court, having considered the motion finds that it is well taken in part and hereby amends the following pretrial deadlines:

    a. **March 22, 2013** is the termination date for all discovery by all parties;

    b. **April 4, 2013** is the deadline for the filing of all motions relating to discovery;

    c. **April 16, 2013** is the deadline for the filing of all dispositive motions;

    d. **All other pretrial deadlines remain the same**.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE