IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SARA E. ALLRED,

    Plaintiff,

v.                                          No. 12cv213 MCA/WDS

WELLS FARGO BANK, N.A.,

    Defendant.

### ORDER DENYING MOTION FOR A PROTECTIVE ORDER

This matter is before the Court on Plaintiff's Motion For a Protective Order (Doc. No. 50). Pursuant to Rule 7.1(a) of the Local Rules of Civil Procedure, an attorney filing a motion must determine whether the motion is opposed, and include a recitation of a good-faith request for concurrence. No such recitation is included in the motion, accordingly the motion is summarily denied in accordance with Rule 7.1(a).

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE